**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EVELYN ROSA, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF SEASIDE, et al.,<br><br>　　　　　Defendants. | Case No.: C 05-3577 PVT<br><br>**ORDER SETTING HEARING AND FURTHER BRIEFING ON APPLICATION OF DAVID ROSA FOR APPOINTMENT AS GUARDIAN AD LITEM** |

　　　　On October 17, 2005, Plaintiffs filed an Application of David Rosa for Appointment as Guardian Ad Litem.[1]  Based on the application and the file herein,

　　　　IT IS HEREBY ORDERED that the Application of David Rosa for Appointment as Guardian Ad Litem will be heard at 10:00 a.m. on November 29, 2005.

　　　　IT IS FURTHER ORDERED that no later than November 15, 2005, Plaintiffs shall file a supplemental brief providing further information regarding the reasons for selecting David Rosa as the guardian ad litem for this minor.  Specifically, Plaintiffs shall explain which other individuals they considered in deciding who should apply to be the guardian ad litem, and what consideration

---

　　　[1]　　The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

was given to any of the minor's maternal relatives.[2]  The court needs this information in order to make an informed decision with regard to whether appointment of David Rosa as the guardian ad litem is in the best interests of the minor.

Dated: *10/18/05*

*[signature]*
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[2]  In a previously filed declaration, Plaintiffs Evelyn and Robert Rosa stated that their son died without issue.  Thus it is unclear whether the minor previously had any interaction with her father's side of the family.