| | |
|---|---|
| 1 | Mildred K. O'Linn, Esq. (State Bar No. 159055) |
| 2 | Timothy J. Kral, Esq. (State Bar No. 200919)<br>MANNING & MARDER |
| 3 | KASS, ELLROD, RAMIREZ LLP<br>23rd Floor at Figueroa Tower |
| 4 | 660 S. Figueroa Street<br>Los Angeles, CA 90017 |
| 5 | Telephone: (213) 624-6900<br>Facsimile: (213) 624-6999 |
| 6 | tjk@mmker.com |
| 7 | Attorneys for Defendant,<br>TASER INTERNATIONAL, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EVELYN ROSA and ROBERT ROSA, individually and as the personal representatives of MICHAEL ROBERT ROSA, deceased, | ) ) ) ) ) | Case No.: C 05-03577 PVT<br><br>**STIPULATION SETTING TIME FOR DEFENDANT TASER INTERNATIONAL, INC. TO RESPOND TO COMPLAINT** |
| Plaintiffs, | ) | |
| vs. | ) | |
| CITY OF SEASIDE and SEASIDE POLICE DEPARTMENT, CITY OF DEL REY OAKS AND DEL REY OAKS POLICE DEPARTMENT, MONTEREY PENINSULA AIRPORT DISTRICT AND MONTEREY PENINSULA AIRPORT POLICE DEPARTMENT, CITY OF MONTEREY AND MONTEREY POLICE DEPARTMENT, COUNTY OF MONTEREY AND MONTEREY COUNTY SHERIFF'S DEPARTMENT, DEL REY OAKS POLICE CHIEF RON LANGFORD, MONTEREY POLICE CHIEF CARLO CUDIO, MONTEREY SHERIFF MIKE KANALAKIS AND SEASIDE POLICE CHIEF ANTHONY SELLECITO, SEASIDE POLICE OFFICERS MATTHEW DOZA, NICK BORGES, AND CHARLTON, DEL REY OAKS POLICE OFFICER RUSSELL VANZANTEN, AIRPORT POLICE DEPARTMENT OFFICER JEFF POWELL, MONTEREY POLICE OFFICER KATIE REYES, MONTEREY COUNTY SHERIFF'S DEPUTIES JOE PALAZZOLO | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

| | |
|---|---|
| AND IRONS, TASER INTERNATIONAL, INC., and DOES 1 TO 10, | ) ) ) |
| Defendants. | ) ) |

IT IS HEREBY STIPULATED by and between Plaintiffs, EVELYN ROSA and ROBERT ROSA, individually and as the personal representatives of MICHAEL ROBERT ROSA, deceased, by and through their attorney, John Burton, Esq., and Defendant TASER INTERNATIONAL, INC., by and through its attorney, Mildred K. O'Linn, Esq., a member of the firm of Manning & Marder, Kass, Ellrod, Ramirez LLP, as follows:

A copy of the Amended Complaint having been served by mail via Notice of Acknowledgment and Receipt, the parties stipulate that service is deemed completed on Defendant TASER INTERNATIONAL, INC, and a responsive pleading is due on or before December 7, 2005.

Dated: November 10, 2005            THE LAW OFFICES OF JOHN BURTON

                                    By: _____
                                        John Burton, Esq.
                                        Attorney for Plaintiffs


Dated: November 17, 2005            MANNING & MARDER
                                    KASS, ELLROD, RAMIREZ LLP



                                    By: _____
                                        Mildred K. O'Linn
                                        Attorneys for Defendant
                                        TASER INTERNATIONAL, INC.

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 660 S. Figueroa Street, 23rd Floor, Los Angeles, California 90017.

On November 18, 2005, I served the document described as **STIPULATION SETTING TIME FOR DEFENDANT TASER INTERNATIONAL, INC. TO RESPOND TO** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

SEE ATTACHED

☒ **(BY MAIL)** I caused such envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I placed such envelope with postage thereon prepaid in the United States mail at Los Angeles, California.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY OVERNIGHT COURIER):** I placed the above-referenced document(s) in an envelope for collection and delivery on this date in accordance with standard _____ overnight delivery procedures.

☐ **(BY FACSIMILE)** I telecopied such document to the offices of the addressee at the following fax number: .

☐ **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.

☐ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(FEDERAL)** I declare under penalty of perjury under the laws of the United States of America, that the above is true and correct.

Executed on November 18, 2005 at Los Angeles, California.

_Marvin Johnson_
MARVIN JOHNSON

G:\docsdata\MKO\Rosa\POS

1  SERVICE LIST

2

3  John Burton, Esq.
   THE LAW OFFICES OF JOHN BURTON
   414 South Marengo Avenue
4  Pasadena, California 91101
   626-449-8300 phone
5  626-449-4417 fax
   jb@johnburtonlaw.com
6  **Attorney for Plaintiff, EVELYN ROSA AND ROBERT ROSA**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28