| | |
|---|---|
| 1 | CHARLES McKEE          (#152458) |
|   | County Counsel |
| 2 | TRACI A. KIRKBRIDE     (#195690) |
|   | Deputy County Counsel |
| 3 | Office of the County Counsel |
|   | County of Monterey |
| 4 | 168 W. Alisal Street, 3rd Floor |
|   | Salinas, California 93901-2680 |
| 5 | Telephone: (831) 755-5045 |
|   | Facsimile: (831) 755-5283 |

Attorneys for Defendants, COUNTY OF MONTEREY,
MONTEREY COUNTY SHERIFF'S DEPARTMENT,
SHERIFF MIKE KANALAKIS, MONTEREY COUNTY SHERIFF'S
DEPUTIES JOE PALAZZOLO AND BRIAN IRONS

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| EVELYN ROSA and ROBERT ROSA, individually and as the personal representatives of MICHAEL ROBERT ROSA, deceased, and DAVID ROSA, as Guardian ad Litem for H.R., a minor, | Case No. C 05-03577 PVT |
| | MONTEREY COUNTY DEFENDANTS' ANSWER TO COMPLAINT FOR WRONGFUL DEATH |
| Plaintiffs, | |
| v. | |
| CITY OF SEASIDE, ET AL. | |
| Defendants. | |

Defendants COUNTY OF MONTEREY, MONTEREY COUNTY SHERIFF'S DEPARTMENT, SHERIFF MIKE KANALAKIS, MONTEREY COUNTY SHERIFF'S DEPUTIES JOE PALAZZOLO and BRIAN IRONS, (hereafter "Monterey County Defendants" or "Defendants") answer the Complaint as follows:

1.  Answering Paragraph No. 1 of the Complaint, Defendants admit the allegations of

paragraph 1.

2. Answering Paragraph No. 2 of the Complaint, Defendants admit the allegations of paragraph 2.

3. Answering Paragraph No. 3 of the Complaint, Defendants admit the allegations of paragraph 3.

4. Answering Paragraph No. 4 of the Complaint, Defendants are without sufficient knowledge of information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

5. Answering Paragraph No. 5 of the Complaint, Defendants are without sufficient knowledge of information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

6. Answering Paragraph No. 6 of the Complaint, Defendant admits the allegations of paragraph 6.

7. Answering Paragraph No. 7 of the Complaint, Defendant admits the allegations of paragraph 7.

8. Answering Paragraph No. 8 of the Complaint, Defendant admits the allegations of paragraph 8.

9. Answering Paragraph No. 9 of the Complaint, Defendant admits the allegations of paragraph 9.

10. Answering Paragraph No. 10 of the Complaint, Defendant admits the allegations of paragraph 10.

11. Answering Paragraph No. 11 of the Complaint, Defendants admit the first sentence of that paragraph. As to the last sentence, Defendants admit that Sheriff Kanalakis is the decision maker for the Monterey County Sheriff's Office, but as to the remainder of that sentence, Defendants are without sufficient knowledge of information to form a belief as to the truth of the allegations contained in said sentence, and on that basis deny each and every allegation contained therein.

12. Answering Paragraph No. 12 of the Complaint, as to the first sentence of that paragraph, Defendants admit that Joe Palazzolo and Irons are Monterey County Sheriff's deputies. Defendants are without sufficient knowledge of information to form a belief as to the truth of the allegations contained in the remainder of the first sentence of that paragraph, and on that basis deny each and every allegation contained therein. As to the last sentence of that paragraph, Defendants admit that the deputies were acting within the scope of their agency and employment, but Defendants deny that the deputies acted under color of state law.

13. Answering Paragraph 13 of the Complaint, Defendants are without sufficient knowledge of information to form a belief as to the truth of the allegations contained in said sentence, and on that basis, deny each and every allegation contained therein.

14. Answering Paragraph 14 of the Complaint, Defendants are without sufficient knowledge of information to form a belief as to the truth of the allegations contained in said sentence, and on that basis, deny each and every allegation contained therein.

15. Answering Paragraph No. 15 of the Complaint, Defendants deny each and every allegation contained in said paragraph along with each and every allegation contained in subparts a. through e. of said paragraph.

16. Answering Paragraph No. 16 of the Complaint, Defendants deny each and every allegation contained in said paragraph.

17. Answering Paragraph No. 17 of the Complaint, Defendants admit that various police officers from the defendant agencies responded to the scene, but Defendants deny the remaining allegations in said paragraph.

18. Answering Paragraph No. 18 of the Complaint, Defendants deny the allegations contained in that paragraph.

19. Answering Paragraph No. 19 of the Complaint, Defendants deny the allegations contained in that paragraph.

20. Answering Paragraph No. 20 of the Complaint, Defendants deny the allegations contained

in that paragraph.

21. Answering Paragraph No. 21 of the Complaint, Defendants are without sufficient knowledge of information to form a belief as to the truth of the allegations contained in said sentence, and on that basis, deny each and every allegation contained therein.

22. Answering Paragraph No. 22 of the Complaint, Defendants deny the allegations contained in that paragraph.

23. Answering Paragraph No. 23 of the Complaint, Defendants deny the allegations contained in that paragraph.

24. Answering Paragraph No. 24 of the Complaint, Defendants are without sufficient knowledge of information to form a belief as to the truth of the allegations contained in said sentence, and on that basis, deny each and every allegation contained therein.

25. Answering Paragraph No. 25 of the Complaint, Defendants deny the allegations contained in that paragraph.

26. Answering Paragraph No. 26 of the Complaint, Defendants deny the allegations contained in that paragraph.

27. Answering Paragraph No. 27 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

28. Answering Paragraph No. 28 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

29. Answering Paragraph No. 29 of the Complaint, Defendants deny the allegations contained in that paragraph.

30. Answering Paragraph No. 30 of the Complaint, Defendants deny the allegations contained in that paragraph.

31. Answering Paragraph No. 31 of the Complaint, Defendants deny the allegations contained

in that paragraph.

32. Answering Paragraph No. 32 of the Complaint, Defendants deny the allegations contained in that paragraph.

33. Answering Paragraph No. 33 of the Complaint, Defendants deny the allegations contained in that paragraph.

34. Answering Paragraph No. 34 of the Complaint, Defendants deny the allegations contained in that paragraph.

35. Answering Paragraph No. 35 of the Complaint, Defendants deny the allegations contained in that paragraph.

36. Answering Paragraph No. 36 of the Complaint, Defendant admits the assertions in the first two sentences of that paragraph. Defendants deny the allegations in the last sentence of said paragraph.

37. Answering Paragraph No. 37 of the Complaint, Defendants deny the allegations contained in that paragraph.

38. Answering Paragraph No. 38 of the Complaint, Defendants deny the allegations contained in that paragraph.

39. Answering Paragraph No. 39 of the Complaint, Defendants deny the allegations contained in that paragraph.

40. Answering Paragraph No. 40 of the Complaint, Defendants deny the allegations contained in that paragraph.

41. Answering Paragraph No. 41 of the Complaint, Defendants deny the allegations contained in that paragraph.

42. Answering Paragraph No. 42 of the Complaint, Defendants deny the allegations contained in that paragraph.

Defendants will not respond to Paragraphs 43 through 52 of Plaintiffs' Complaint since those paragraphs are not alleged against the Monterey County Defendants.

///

**AFFIRMATIVE DEFENSES**

43. As and for a FIRST AFFIRMATIVE DEFENSE, Plaintiffs fail to state a cause of action or claim.

44. As and for a SECOND AFFIRMATIVE DEFENSE, insofar as Plaintiff's claims for damages are concerned, pursuant to Government Code sections 815, 815.2(b) & 820.2, neither a public entity nor its employees are liable for injuries, if indeed there were any, resulting from the acts or omissions of a public employee where the acts or omissions are the result of the exercise of the discretion vested in the public employees, whether or not such discretion be abused.

45. As and for a THIRD AFFIRMATIVE DEFENSE, Plaintiffs have failed to comply with the claims provisions of the California Government Code, Chapter 1, commencing with Section 900, and Chapter 2, commencing with Section 910.

46. As and for a FOURTH AFFIRMATIVE DEFENSE, Plaintiffs suffer from unclean hands.

47. As and for an EIGHTH AFFIRMATIVE DEFENSE, Plaintiffs have failed to comply with the applicable statutes of limitations.

**WHEREFORE**, Defendants pray that:

1. The Plaintiffs take nothing by their Complaint;

2. Costs be awarded to Defendants; and

3. Reasonable expenses against Plaintiffs, including, but not limited to, attorneys fees. Such other relief as is proper be awarded to Defendants.

DATED:    December 1, 2005.          Respectfully submitted,

CHARLES J. McKEE, County Counsel

By    s/ Traci A. Kirkbride
      TRACI A. KIRKBRIDE, Deputy County Counsel

Attorneys for Defendants COUNTY OF MONTEREY, MONTEREY COUNTY SHERIFF'S DEPARTMENT, SHERIFF MIKE KANALAKIS, MONTEREY COUNTY SHERIFF'S DEPUTIES JOE PALAZZOLO AND BRIAN IRONS

F:\WPWIN60\TXT\LIT\400\ROSA\Answer.wpd