1  John Burton, State Bar No. 86029
   THE LAW OFFICES OF JOHN BURTON
2  414 South Marengo Avenue
   Pasadena, California  91101
3  jb@johnburtonlaw.com
   Telephone:  (626) 449-8300
4  Facsimile:   (626) 449-4417

5  Attorneys for Evelyn Rosa and Robert Rosa
   as individuals, and Tammy Hike, as Guardian
6  Ad Litem for H.R., a minor, and as the personal
   representative of Michael Robert Rosa, deceased.
7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| EVELYN ROSA and ROBERT ROSA as individuals, and TAMMY HIKE, as Guardian ad Litem for H.R., a minor, and as the personal representative of MICHAEL ROBERT ROSA, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEASIDE and SEASIDE POLICE DEPARTMENT, CITY OF DEL REY OAKS and DEL REY OAKS POLICE DEPARTMENT, MONTEREY PENINSULA AIRPORT DISTRICT and MONTEREY PENINSULA AIRPORT POLICE DEPARTMENT, CITY OF MONTEREY and MONTEREY POLICE DEPARTMENT, COUNTY OF MONTEREY and MONTEREY COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>Defendants. | Case No. C05-03577 PVT<br><br>APPLICATION OF TAMMY HIKE FOR APPOINTMENT AS GUARDIAN AD LITEM FOR H.R., A MINOR; ORDER<br><br>[Fed. R. Civ. P. 17(c) and Cal. Code Civ. Proc. Section 373) |

Petitioner Tamatha Hike declares under penalty of perjury as follows:

1. H. R. is a minor. I am the minor's mother. The decedent Michael Robert Rosa was the father.

2. I am a resident of the County of Tulare, State of California. My address is 696 N. Brundage Avenue, Farmersville, 93223.

3. Minor H.R. was born on August 7, 1988. The minor is presently 17 years old. The minor resides with me.

4. Minor H.R. is a real party in interest in the above-captioned matter. Petitioner seeks appointment as the minor's guardian ad litem to represent the minor's interests in the above-captioned matter.

5. Said minor has no general guardian, and the previous petition for appointment of a guardian ad litem filed with my consent by the decedent's brother, David Rosa, was denied.

6. Petitioner has no interests adverse to the interests of the minor.

7. Petitioner is a responsible person, fully competent to understand and protect the rights of said minor.

WHEREFORE, petitioner declares under penalty of perjury under the laws of the state of California that the foregoing is true and correct and prays that she be appointed guardian ad litem for H.R. to prosecute such action on H.R.'s behalf.

Dated: December 6, 2005

_____
Tammy Hike

I, H.R., the minor, consent to the appointment of my mother, Tammy Hike, as my guardian ad litem pursuant to the above petition.

Dated: December 6, 2005

_____
H.R.

# ORDER

IT IS SO ORDERED that Tammy Hike is hereby appointed as guardian ad litem for minor H.R. for the purpose of representing said minor's interests as detailed in the above application.

Date: _12/14/05_

*Patricia V. Trumbull*
United States Magistrate Judge