**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

EVELYN ROSA,                                           C 05-3577 PVT

    *Plaintiff(s)*,

**CLERK'S NOTICE RESCHEDULING**
**CASE MANAGEMENT   CONFERENCE**

*vs.*

CITY OF SEASIDE.,

    *Defendant(s)*.

---

Please take notice that the Case Management Conference scheduled for January 10, 2006 at 2:00 p.m. has been rescheduled for **March 14, 2006 at 2:00 p.m.** before Magistrate Patricia V. Trumbull**.**  Parties are to file a Joint Case Management Conference on or before March 7, 2006.  Parties are to appear in courtroom #5, 4th Floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

Dated: December 23, 2005

/s/ Corinne Lew
_____
Corinne Lew
DEPUTY CLERK