UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EVELYN ROSA, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>CITY OF SEASIDE, et al.,<br><br>        Defendants. | Case No.: C 05-3577 PVT<br><br>**INTERIM ORDER DEEMING MOTION TO BE A MOTION FOR LEAVE TO SUBPOENA DRUG/ALCOHOL TREATMENT RECORDS; AND SETTING DEADLINE FOR ANY OPPOSITION OR RESPONSE BY VALLEY HEALTH ASSOCIATES** |

On June 19, 2006 a "Motion to Compel Production of Records by Non-Party Valley Health Associates" was filed by Defendants City of Seaside, Matthew Doza, Nick Borges, Dan Charlton and Anthony J. Sollecito (collectively "City of Seaside"). Having reviewed the moving papers, the court finds it appropriate to issue this interim order. Based on the moving papers,

IT IS HEREBY ORDERED that the motion is deemed to be a motion for leave to subpoena patient records pursuant to 42 C.F.R. section 2.1(b)(2)(C) and/or section 2.2(b)(2)(C). The subpoena served on Valley Health Associates ("VHA") by the City of Seaside, without a prior authorizing court order, was ineffective to require VHA to produce any patient drug and/or alcohol treatment records.[1] *See* 42 C.F.R. § 2.13(b) ("The restrictions on disclosure and use in these regulations apply

---

[1] The court notes that the subpoena was defective in any event, because it issued from the United States District Court for the *Central* District of California, but called for production of records in Salinas, which is in the *Northern* District of California.

ORDER, *page 1*

whether the holder of the information believes that the person seeking the information . . . has obtained a subpoena . . . ."). In the context of drug and/or alcohol treatment records, the subpoenaing party must *first* obtain court authorization.

IT IS FURTHER ORDERED that, no later than June 23, 2006, the City of Seaside shall serve a copy of this order on VHA (by fax and overnight mail), and shall file a proof of service no later than June 26, 2006. The motion shall remain on calendar for August 1, 2006 (pursuant to City of Seaside's amended notice of motion).

IT IS FURTHER ORDERED that any opposition to the motion, including any opposition or other response by VHA,[2] shall be served and filed no later than July 11, 2006. Any reply shall be served and filed no later than July 18, 2006.

Dated: *6/21/06*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[2] Under 42 C.F.R. sections 2.1(b)(2)(C) and/or section 2.2(b)(2)(C), the court is required to weigh the public interest and the need for disclosure against the injury to the patient, to the physician-patient relationship, and to the treatment services. Thus, it is appropriate for the treatment center to comment on these factors if it so desires, and the court will take any such comments into consideration in determining whether to grant the City of Seaside's motion.

ORDER, *page 2*