FILED
NOV 22 2005

FILED
SEP 1 5 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EVELYN ROSA, et al.

        Plaintiff(s),

v.

CITY OF SEASIDE, et al.

        Defendant(s).

CASE NO. C 05-03577 PVT

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Jeffrey R. Salberg, an active member in good standing of the bar of California, whose business address and telephone number is 695 Town Center Drive, Ste. 700, Costa Mesa, CA 92626, (714) 384-6570, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing CITY OF SEASIDE.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 9/15/06

Magistrate Judge Patricia V. Trumbull
United States District Judge

ORIGINAL