John Burton, State Bar No. 86029
THE LAW OFFICES OF JOHN BURTON
414 South Marengo Avenue
Pasadena, California  91101

Telephone:   (626) 449-8300
Facsimile:   (626) 449-4417
E-Mail:      jb@johnburtonlaw.com

Peter M. Williamson, State Bar No. 97309
WILLIAMSON & KRAUSS
18801 Ventura Boulevard., Suite 206
Tarzana, California  91356

Telephone:   (818) 344-4000
Facsimile:   (818) 344-4899
E-Mail:      pmw@williamson-krauss.com

Attorneys for Plaintiffs Evelyn Rosa and Robert Rosa
as individuals, and Tammy Hike, as Guardian ad Litem
for H.R., a minor, and as the personal representatives
of Michael Robert Rosa, deceased

\*\*E-filed 12/1/06\*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN ROSA and ROBERT ROSA as individuals, and TAMMY HIKE, as Guardian ad Litem for H.R., a minor, and as the personal representatives of MICHAEL ROBERT ROSA, deceased,<br><br>   Plaintiffs,<br><br>v.<br><br>CITY OF SEASIDE, et al.,<br><br>   Defendants. | Case No. C 05-03577 JF<br><br>STIPULATION AND ORDER TO EXTEND DISCOVERY CUT-OFF<br><br>(For Judge Fogel's review and signature) |

   The Parties hereto, through their respective counsel, acknowledge that due to the complexity of the instant case and the issues raised herein, including claims of excessive force and products liability claims alleging design defects, they need additional time to complete discovery beyond the discovery cut-off date which was originally set by the Court for December 29, 2006.

The instant case involves five separate police agencies. A sixth police agency conducted the investigation of the subject incident. Seven separate law firms have been involved in the litigation of this case thus far. All the Parties, through their counsel, have acted diligently in conducting discovery by propounding voluminous written discovery requests, subpoenaing records and taking a large number of depositions including that of the plaintiff, Robert Rosa, many of the police officer defendants, civilian witnesses, and medical doctors concerning the cause of decedent's death. As a result of this voluminous discovery, plaintiffs' counsel has recently agreed to dismiss two of the police agencies and two of the three remaining police agencies may be dismissed in the near future. However, the progress of pursuing discovery has been slowed by the fact that seven different law firms have been involved in the litigation.

The parties are aware that the court has imposed a discovery cut-off of December 29, 2006. However, further written discovery and a large number of depositions still need to be completed including the following: (1) plaintiffs Evelyn Rosa, Tammy Hike, individually and as Guardian ad Litem for H.R.; (2) additional police officers, investigators, administrators and experts of the City of Seaside, City of Monterey, and County of Monterey; and (3) executives, researchers, technicians and other employees of defendant TASER International, Inc. The Parties agree that these depositions are essential to a fair hearing of this case. Therefore:

IT IS HEREBY STIPULATED, by and through undersigned counsel, that the discovery cut-off of December 29, 2006 shall be extended for ninety (90) days until March 30, 2007.

DATED: November 28, 2006          LAW OFFICES OF JOHN BURTON
                                  WILLIAMSON & KRAUSS


                                          /s/   JOHN BURTON
                                  By:  John Burton
                                  Attorneys for Plaintiffs

1  DATED: November 28, 2006                LEE A. WOOD & ASSOCIATES, P.C.

2

3                                                          /s/ THOMAS V. PEREA
                                           By:   Thomas V. Perea
4                                          Attorneys for Seaside Defendants

5

6  DATED: November 28, 2006                MONTEREY COUNTY COUNSEL

7

8                                                          /s/ TRACI A. KIRKBRIDE
                                           By:   Traci A. Kirkbride
9                                          Attorneys for Monterey County Defendants

10

11 DATED: November 28, 2006                MONTEREY CITY ATTORNEY

12

13                                                         /s/ CHRISTINE DAVI
                                           By:   Christine Davi
14                                         Attorneys for Monterey City Defendants

15

16 DATED: November 28, 2006                MANNING & MARDER
                                           KASS, ELLROD, RAMIREZ, LLP
17

18
                                                           /s/ MILDRED K. O'LINN
19                                         By:   Mildred K. O'Linn
                                           Attorneys for Defendant TASER International,
20                                         Inc.

21

22

23

24

25

26

27

28

ORDER

Pursuant to the stipulation of the parties and good cause appearing, the Court orders that the discovery cut-off originally set for December 29, 2006 shall be extended for ninety (90) days until March 30, 2007.

IT IS SO ORDERED.

Dated: 12/1/06

_____
Hon. JEREMY FOGEL
United States District Court Judge