UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EVELYN ROSA, et al.,<br><br>          Plaintiffs,<br><br>   v.<br><br>CITY OF SEASIDE, et al.,<br><br>          Defendants. | Case No.: C 05-3577 JF (PVT)<br><br>**ORDER RE PARTIES' PROPOSED FORM OF PROTECTIVE ORDER** |

    The parties have filed a proposed protective order that covers only the handling of certain law enforcement agency records.[1]  Based on the proposed form of order and the file herein,

    IT IS HEREBY ORDERED that no later than January 5, 2007, the parties shall submit a proposed form of protective order that covers the handling of any documents produced or exchanged by the parties which contain information that qualifies for protection under standards developed under F.R.Civ.P. 26(c).  The court encourages to use the model form of protective order which is available in the "Forms" section of the court's website (www.cand.uscourts.gov) to guide their drafting of the protective order.  If there is any possibility that a party may wish to designate any documents for "attorneys eyes only" at any time during this litigation, the parties should include such

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

a provision in the form of protective order now.

    IT IS FURTHER ORDERED that, pending entry of the protective order, the terms set forth in the parties' current proposed form of protective order shall govern the handling of any documents a party designates "Confidential"

Dated: *12/8/06*

PATRICIA V. TRUMBULL
United States Magistrate Judge