John Burton, State Bar No. 86029
THE LAW OFFICES OF JOHN BURTON
414 South Marengo Avenue
Pasadena, California  91101

**E-filed 1/31/07**

Telephone:   (626) 449-8300
Facsimile:   (626) 449-4417
E-Mail:      jb@johnburtonlaw.com

Peter M. Williamson, State Bar No. 97309
WILLIAMSON & KRAUSS
18801 Ventura Boulevard., Suite 206
Tarzana, California  91356

Telephone:   (818) 344-4000
Facsimile:   (818) 344-4899
E-Mail:      pmw@williamson-krauss.com

Attorneys for Plaintiffs Evelyn Rosa and Robert Rosa
as individuals, and Tammy Hike, as Guardian ad Litem
for H.R., a minor, and as the personal representatives
of Michael Robert Rosa, deceased

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN ROSA and ROBERT ROSA as individuals, and TAMMY HIKE, as Guardian ad Litem for H.R., a minor, and as the personal representatives of MICHAEL ROBERT ROSA, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEASIDE, et al.,<br><br>Defendants. | Case No. C 05-03577 JF<br><br>STIPULATION AND ORDER TO CONTINUE TRIAL SETTING CONFERENCE<br><br>(For Judge Fogel's review and signature) |

The Parties hereto, through their respective counsel, acknowledge that by previous stipulation of the Parties and consent of the Court, the discovery cut-off in this case was extended from December 29, 2006 to March 30, 2007.   However, at the time said stipulation was filed with the court, the parties neglected to request a continuance of the Trial Setting Conference originally scheduled for February 2, 2007.   By this Stipulation,

1 the parties now request that the Trial Setting Conference scheduled for February 2, 2007
2 be continued in order to conform with the new discovery cut-off.
3     Therefore:
4     IT IS HEREBY STIPULATED, by and through undersigned counsel, that the
5 Trial Setting Conference originally scheduled for February 2, 2007 be continued until May
6 18, 2007 at 10:30 a.m. in Courtroom 3 of the above-entitled court.

8 DATED: January 30, 2007          LAW OFFICES OF JOHN BURTON
                                    WILLIAMSON & KRAUSS

11                                  /s/   PETER M. WILLIAMSON
                                    By:   Peter M. Williamson
12                                  Attorneys for Plaintiffs

13 DATED:  January 30, 2007         LEE A. WOOD & ASSOCIATES, P.C.

16                                  /s/ THOMAS V. PEREA
                                    By:   Thomas V. Perea
                                    Attorneys for Seaside Defendants

18 DATED:  January 30, 2007         MONTEREY COUNTY COUNSEL

21                                  /s/ TRACI A. KIRKBRIDE
                                    By:   Traci A. Kirkbride
22                                  Attorneys for Monterey County Defendants

23 DATED:  January 30, 2007         MONTEREY CITY ATTORNEY

26                                  /s/ CHRISTINE DAVI
                                    By:   Christine Davi
27                                  Attorneys for Monterey City Defendants

28

| | | |
|---|---|---|
| 1 | DATED: January 30, 2007 | MANNING & MARDER |
| 2 | | KASS, ELLROD, RAMIREZ, LLP |

                                         /s/ MILDRED K. O'LINN
By:   Mildred K. O'Linn
Attorneys for Defendant TASER International, Inc.

DATED: January 30, 2007                    LAW OFFICES OF VINCENT P. HURLEY


                                         /s/ SUSAN BLITCH
By:   Susan Blitch
Attorneys for Del Rey Oaks Defendants

1 ORDER

2 Pursuant to the stipulation of the parties and good cause appearing, the Court orders
3 that the Trial Setting Conference originally scheduled for February 2, 2007 be continued
4 until May 18, 2007 at 10:30 a.m. in Courtroom 3 of the above-entitled court.

6 IT IS SO ORDERED.

8 Dated: 1/31/07

_____
Hon. JEREMY FOGEL
United States District Court Judge

**STIPULATION AND ORDER TO CONTINUE TRIAL SETTING CONFERENCE**
N.D. Cal. Case No. CV-05-3577-JF
- 4 -