**E-filed 2/5/07**

1  Peter T. Kirchen, Esq. (SBN 068538)
     pkirchen@kernwooley.com
2  Darrell M. Padgette, Esq. (SBN 199382)
     dpadgette@kernwooley.com
3  KERN AND WOOLEY LLP
   11100 Santa Monica Boulevard, 7th Floor
4  Los Angeles, California  90025
   Telephone: (310) 824-1777
5  Facsimile: (310) 824-0892

6  Attorneys for Defendants
   MONTEREY PENINSULA AIRPORT
7  DISTRICT, for itself and the entity
   erroneously named and sued herein as
8  the MONTEREY PENINSULA AIRPORT
   POLICE DEPARTMENT; and JEFF
9  POWELL

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN ROSA, et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEASIDE, et. al.,<br><br>Defendants. | CASE NO. C 05-03577 JF<br><br>**STIPULATION TO DISMISS WITH PREJUDICE DEFENDANTS MONTEREY PENINSULA AIRPORT DISTRICT, MONTEREY PENINSULA AIRPORT POLICE DEPARTMENT, AIRPORT POLICE DEPARTMENT and OFFICER JEFF POWELL; ORDER** |

### STIPULATION TO DISMISS

IT IS HEREBY STIPULATED by and among the parties hereto, by and through their respective counsel of record, that this matter may be dismissed in its entirety with prejudice, pursuant to Fed.R.Civ.P P.41(a)(1), as to defendants Monterey Peninsula Airport District, Monterey Peninsula Airport Police Department, Airport Police Department and Officer Jeff Powell only.

300029

These foregoing dismissed parties waive any right to seek costs or attorneys' fees against plaintiffs, and plaintiffs waive any right to seek costs or attorneys' fees against these dismissed parties. The action continues against the non-dismissed parties.

DATED: January 30, 2007

KERN AND WOOLEY LLP

_____
Peter T. Kirchen
Darrell M. Padgette

Attorneys for Defendants
MONTEREY PENINSULA AIRPORT DISTRICT, for itself and the entity erroneously named and sued herein as the MONTEREY PENINSULA AIRPORT POLICE DEPARTMENT; and JEFF POWELL

DATED: January 19, 2007

LAW OFFICES OF JOHN BURTON WILLIAMSON & KRAUSS

_____
JOHN BURTON, Attorneys for Plaintiffs

DATED: January ___, 2007

LEE A. WOOD & ASSOCIATES, P.C.

_____
Thomas E. Francis, Attorneys for Seaside Defendants

These foregoing dismissed parties waive any right to seek costs or attorneys' fees against plaintiffs, and plaintiffs waive any right to seek costs or attorneys' fees against these dismissed parties. The action continues against the non-dismissed parties.

DATED: January ___, 2007         KERN AND WOOLEY LLP

                                 _____
                                 Peter T. Kirchen
                                 Darrell M. Padgette

                                 Attorneys for Defendants
                                 MONTEREY PENINSULA AIRPORT DISTRICT, for itself and the entity erroneously named and sued herein as the MONTEREY PENINSULA AIRPORT POLICE DEPARTMENT; and JEFF POWELL

DATED: January ___, 2007         LAW OFFICES OF JOHN BURTON WILLIAMSON & KRAUSS

                                 _____
                                 JOHN BURTON, Attorneys for Plaintiffs

DATED: January 18, 2007          LEE A. WOOD & ASSOCIATES, P.C.

                                 /s/ JRFrancis
                                 Thomas E. Francis, Attorneys for Seaside Defendants

```
 1  DATED: January 26, 2007        LAW OFFICES OF VINCENT P. HURLEY
 2
 3
 4
 5                                  _____
                                    Vincent P. Hurley, Attorneys for Del
 6                                  Rey Oaks Defendants

 7  DATED: January ___, 2007        CHARLES McKEE, MONTEREY COUNTY
                                    COUNSEL
 8
 9
10
11                                  _____
                                    Traci A. Kirkbridge
12                                  Attorneys for Monterey County Defendants

13  DATED: January ___, 2007        MONTEREY CITY ATTORNEY
14
15
16
17                                  _____
                                    Deborah Ann Mall, Attorneys for Monterey
                                    City Defendants
18
    DATED: January ___, 2007        MANNING & MARDER, KASS, ELLROD,
19                                  RAMIREZ, LLP
20
21
22
23                                  _____
                                    Mildrend K. O'Linn, Attorneys for Defendant
24                                  TASER International, Inc.
25
26
27
28
```

KERN AND WOOLEY LLP

300029

3

STIPULATION TO DISMISS
Case No. C 05-03577 JF

| | | |
|---|---|---|
| 1 | DATED: January ___, 2007 | LAW OFFICES OF VINCENT P. HURLEY |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | _____ |
| 6 | | Vincent P. Hurley, Attorneys for Del Rey Oaks Defendants |
| 7 | DATED: January 26, 2007 | CHARLES McKEE, MONTEREY COUNTY COUNSEL |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | /s/ Traci A. Kirkbride |
| 12 | | Traci A. Kirkbridge<br>Attorneys for Monterey County Defendants |
| 13 | DATED: January ___, 2007 | MONTEREY CITY ATTORNEY |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | _____<br>Deborah Ann Mall, Attorneys for Monterey City Defendants |
| 18 | | |
| 19 | DATED: January ___, 2007 | MANNING & MARDER, KASS, ELLROD, RAMIREZ, LLP |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | _____ |
| 24 | | Mildrend K. O'Linn, Attorneys for Defendant TASER International, Inc. |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

KERN AND WOOLEY LLP

300029

3

| | | |
|---|---|---|
| 1 | DATED: January ___, 2007 | LAW OFFICES OF VINCENT P. HURLEY |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | _____ |
| 6 | | Vincent P. Hurley, Attorneys for Del Rey Oaks Defendants |
| 7 | DATED: January ___, 2007 | CHARLES McKEE, MONTEREY COUNTY COUNSEL |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | _____ |
| 12 | | Traci A. Kirkbridge<br>Attorneys for Monterey County Defendants |
| 13 | DATED: January 22, 2007 | MONTEREY CITY ATTORNEY |
| 14 | | |
| 15 | | |
| 16 | | *Christine Davi* |
| 17 | | _____<br>Deborah Ann Mall, Attorneys for Monterey City Defendants |
| 18 | | |
| 19 | DATED: January ___, 2007 | MANNING & MARDER, KASS, ELLROD, RAMIREZ, LLP |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | _____ |
| 24 | | Mildrend K. O'Linn, Attorneys for Defendant TASER International, Inc. |

KERN AND WOOLEY LLP

300029

3

STIPULATION TO DISMISS
Case No. C 05-03577 JF

01/24/2007 13:59 FAX                                                                                                   ☒002/002

|  |  |
|---|---|
| DATED: January ___, 2007 | LAW OFFICES OF VINCENT P. HURLEY |

_____
Vincent P. Hurley, Attorneys for Del Rey Oaks Defendants

DATED: January ___, 2007     CHARLES McKEE, MONTEREY COUNTY COUNSEL

_____
Traci A. Kirkbridge
Attorneys for Monterey County Defendants

DATED: January ___, 2007     MONTEREY CITY ATTORNEY

_____
Deborah Ann Mall, Attorneys for Monterey City Defendants

DATED: January 23, 2007     MANNING & MARDER, KASS, ELLROD, RAMIREZ, LLP

_____
Mildrend K. O'Linn, Attorneys for Defendant TASER International, Inc.

1  DATED: January 29, 2007        NATIONAL LITIGATION COUNSEL

2
3
4
5                                 _____
                                  Michael Brave, Attorneys for Defendant
                                  TASER International, Inc.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN ROSA, et. al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF SEASIDE, et. al.,<br><br>    Defendants. | CASE NO. C 05-03577 JF<br><br>[PROPOSED] ORDER ON STIPULATION TO DISMISS DEFENDANTS MONTEREY PENINSULA AIRPORT DISTRICT, MONTEREY PENINSULA AIRPORT POLICE DEPARTMENT, AIRPORT POLICE DEPARTMENT and OFFICER JEFF POWELL |

On January 31, 2007, Defendants MONTEREY PENINSULA AIRPORT DISTRICT, for itself and the entity erroneously named and sued herein as the MONTEREY PENINSULA AIRPORT POLICE DEPARTMENT; and JEFF POWELL, filed a Stipulation To Dismiss With Prejudice the Monterey Peninsula Airport District, Monterey Peninsula Airport Police Department, Airport Police Department and Officer Jeff Powell, which has been executed by all parties pursuant to Fed. R. Civ. P. 41.

/ / /

/ / /

300793

After full consideration of said Stipulation, IT IS HEREBY ORDERED, ADJUDICATED and DECREED that:

1. Defendants, Monterey Peninsula Airport District, Monterey Peninsula Airport Police Department, Airport Police Department and Officer Jeff Powell be dismissed with prejudice.

DATED: 2/5/07

*JEREMY FOGEL*
United States District Judge

[Respectfully submitted,

Peter T. Kirchen, Esq. (SBN 068538)
  pkirchen@kernwooley.com
Darrell M. Padgette, Esq. (SBN 199382)
  dpadgette@kernwooley.com
KERN AND WOOLEY LLP
11100 Santa Monica Boulevard, 7th Floor
Los Angeles, California 90025
Telephone: (310) 824-1777
Facsimile: (310) 824-0892

Attorneys for Defendants
MONTEREY PENINSULA AIRPORT DISTRICT, for itself and the entity erroneously named and sued herein as the MONTEREY PENINSULA AIRPORT POLICE DEPARTMENT; and JEFF POWELL]