**E-filed 2/5/07**

John Burton, State Bar No. 86029
THE LAW OFFICES OF JOHN BURTON
414 South Marengo Avenue
Pasadena, California 91101

Telephone: (626) 449-8300
Facsimile: (626) 449-4417
E-Mail:   jb@johnburtonlaw.com

Peter M Williamson, State Bar No. 97309
WILLIAMSON & KRAUSS
18801 Ventura Boulevard, Suite 206
Tarzana, California 91356

Telephone: (818) 344-4400
Facsimile: (818) 344-4899
E-Mail:   pmw@williamson-krauss.com

Attorneys for Plaintiffs Evelyn Rosa and Robert Rosa
as individuals, and Tammy Hike, as Guardian ad Litem
for H.R., a minor, and as the personal representatives
of Michael Robert Rosa, deceased

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN ROSA and ROBERT ROSA, individually and as the personal representatives of MICHAEL ROBERT ROSA, deceased, and TAMMY HIKE, as Guardian ad Litem for H.R., a minor, and as the personal representatives of MICHAEL ROBERT ROSA, deceased,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>CITY OF SEASIDE and SEASIDE POLICE DEPARTMENT, CITY OF DEL REY OAKS and DEL REY OAKS POLICE DEPARTMENT, MONTEREY PENINSULA AIRPORT DISTRICT and MONTEREY PENINSULA AIRPORT POLICE DEPARTMENT, COUNTY OF MONTEREY and MONTEREY COUNTY SHERIFF'S DEPARTMENT, DEL REY OAKS POLICE CHIEF RON LANGFORD, MONTEREY POLICE CHIEF CARLO CUDIO, MONTEREY SHERIFF MIKE KANALAKIS AND SEASIDE POLICE CHIEF ANTHONY J. SELLECITY, SEASIDE POLICE OFFICERS MATTHEW DOZA. NICK BORGES. | Case No. C-05-03577 JF<br><br>STIPULATION TO DISMISS WITH PREJUDICE DEFENDANTS CITY OF DEL REY OAKS, DEL REY OAKS POLICE DEPARTMENT, DEL REY OAKS POLICE CHIEF RON LANGFORD, and DEL REY OAKS POLICE OFFICER RUSSELL VAN ZANTEN; ORDER<br><br>(Fed. R. Civ. P. 41(a)(1)(iii)) |

1

| | |
|---|---|
| and CHARLTON, DEL REY OAKS POLICE OFFICER RUSSELL VANZANTEN, AIRPORT POLICE DEPARTMENT OFFICER JEFF POWELL, MONTEREY POLICE OFFICER KATIE REYES, MONTEREY COUNTY SHERIFF'S DEPUTIES JOE PALAZZOLO and IRONS, TASER INTERNATIONAL, INC., and DOES 1-10, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED by and among the parties hereto, by and through their respective counsel of record, that this matter may be dismissed in its entirety with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1), as to defendants City of Del Rey Oaks, Del Rey Oaks Police Department, Del Rey Oaks Police Chief Ron Langford, and Del Rey Oaks Police Officer Russell Van Zanten, only.

These foregoing dismissed parties waive any right to seek costs or attorneys' fees against plaintiffs, and plaintiffs waive any right to seek costs or attorneys' fees against these dismissed parties. The action continues against the non-dismissed parties.

DATED: January 30, 2007   LAW OFFICES OF JOHN BURTON
             WILLIAMSON & KRAUSS

               By: _____/s/_____
                 John Burton
                 Attorneys for Plaintiffs

DATED: January 31, 2007   LEE A. WOOD & ASSOCIATES, P.C.

               By: _____/s/_____
                 Thomas V. Perea
                 Attorneys for Seaside Defendants

2

[Proposed] Order                             Case No. C 05-03577 JF

| | | |
|---|---|---|
| 1 | DATED:  January 30, 2007 | LAW OFFICES OF VINCENT P. HURLEY |
| 2 | | |
| 3 | | By:_____/s/_____ |
| 4 | | Susan K. Blitch<br>Attorneys for Del Rey Oaks Defendants |
| 5 | DATED:  January 31, 2007 | CHARLES McKEE, MONTEREY COUNTY COUNSEL |
| 6 | | |
| 7 | | By:_____/s/_____ |
| 8 | | Traci A. Kirkbride<br>Attorneys for Monterey County Defendants |
| 9 | | |
| 10 | DATED:  January 31, 2007 | KERN AND WOOLEY LLP |
| 11 | | |
| 12 | | By:_____/s/_____<br>Darrell M. Padgette |
| 13 | | Attorneys for Monterey Airport Defendants |
| 14 | DATED:  January 31, 2007 | MONTEREY CITY ATTORNEY |
| 15 | | |
| 16 | | By:_____/s/_____<br>Christine M. Davi |
| 17 | | Attorneys for Monterey City Defendants |
| 18 | DATED:  January 31, 2007 | MANNING & MARDER<br>KASS, ELLROD, RAMIREZ, LLP |
| 19 | | |
| 20 | | By:_____/s/_____ |
| 21 | | Mildred K. O'Linn<br>Attorneys for Defendant |
| 22 | | TASER International, Inc. |

3

1
2
3      IT IS SO ORDERED.
4
5  DATED: __2/5/07_____

**ORDER**

_____
JEREMY FOGEL
United States District Court Judge

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4