**E-filed 3/15/07**

1  CHARLES McKEE        (SBN 152458)
   County Counsel
2  TRACI A. KIRKBRIDE       (SBN 195690)
   Deputy County Counsel
3  Office of the County Counsel
   County of Monterey
4  168 W. Alisal Street, 3rd Floor
   Salinas, California 93901-2680
5  Telephone: (831) 755-5045
   Facsimile: (831) 755-5283
6  E-mail: kirkbrideta@co.monterey.ca.us

7  Attorneys for Defendants, COUNTY OF MONTEREY,
   MONTEREY COUNTY SHERIFF'S DEPARTMENT,
8  SHERIFF MIKE KANALAKIS, MONTEREY COUNTY SHERIFF'S
   DEPUTIES JOE PALAZZOLO AND BRIAN IRONS

9

10             IN THE UNITED STATES DISTRICT COURT

11           FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13  EVELYN ROSA and ROBERT ROSA as          Case No.  C 05-03577 JF
    individuals, and TAMMY HIKE, as
    Guardian ad Litem for H.R., a minor, and   STIPULATION TO DISMISS WITH
14  as the personal representative of MICHAEL  PREJUDICE DEFENDANTS COUNTY OF
    ROBERT ROSA, deceased,                   MONTEREY, MONTEREY COUNTY
15                                           SHERIFF'S DEPARTMENT, SHERIFF
                                             MIKE KANALAKIS AND MONTEREY
16            Plaintiffs,                     COUNTY SHERIFF'S DEPUTIES JOE
                                             PALAZZOLO AND BRIAN IRONS; ORDER
17  v.
                                             [Fed. R. Civ. Proc. 41(a)(1)(ii)]
18  CITY OF SEASIDE, ET AL.

19            Defendants.
   _____/

20                    STIPULATION TO DISMISS

21        IT IS HEREBY STIPULATED by and among the parties hereto, by and through their respective

22  counsel of record, that this matter may be dismissed in its entirety, with prejudice, pursuant to Fed. R.

23  Civ. Proc. 41(a)(1), as to defendants County of Monterey, Monterey County Sheriff's Department,

24  Sheriff Mike Kanalakis and Monterey County Sheriff's Deputies Joe Palazzolo and Brian Irons, only.

25        These foregoing dismissed parties waive any right to seek costs or attorney' fees against plaintiffs

26  and plaintiffs waive any right to seek costs or attorneys' fees against these dismissed parties.  The action

27  continues against the non-dismissed parties.

28  / / /

_Evelyn Rosa, et a. v. City of Seaside, et al._                    Case No. C 05-03577 JF
Stipulation to Dismiss with Prejudice Monterey County Defendants; Order                1 of 3

Dockets.Justia.com

1   DATED:  March ___, 2007.           LAW OFFICES OF JOHN BURTON
2                                      WILLIAMSON & KRAUSS

3
                                       By_____
4                                          John Burton
                                           Attorneys for Plaintiffs
5

6
    DATED:  March 8 , 2007.            MONTEREY COUNTY COUNSEL
7                                      CHARLES J. McKEE, County Counsel

8
                                       By_____
9                                          Traci A. Kirkbride
10                                         Attorneys for Monterey County Defendants

11

12  DATED:  March ___, 2007.           LEE A. WOOD & ASSOCIATES, P.C.

13

14                                     By_____
                                           Thomas V. Perea
15                                         Attorneys for Seaside Defendants

16

17  DATED:  March ___, 2007.           MONTEREY CITY ATTORNEY

18

19                                     By_____
                                           Christine M. Davi
20                                         Attorneys for Monterey City Defendants

21

22  DATED:  March ___, 2007.           MANNING & MARDER
                                       KASS, ELLROD, RAMIREZ, LLP
23

24
                                       By_____
25                                         Mildred K. O'Linn
                                           Attorneys for Defendant Taser International, Inc.
26

27

28

DATED: March __, 2007.

LAW OFFICES OF JOHN BURTON
WILLIAMSON & KRAUSS

By _____
John Burton
Attorneys for Plaintiffs

DATED: March 8, 2007.

MONTEREY COUNTY COUNSEL
CHARLES J. McKEE, County Counsel

By _____
Traci A. Kirkbride
Attorneys for Monterey County Defendants

DATED: March __, 2007.

LEE A. WOOD & ASSOCIATES, P.C.

By _____
Thomas V. Perea
Attorneys for Seaside Defendants

DATED: March __, 2007.

MONTEREY CITY ATTORNEY

By _____
Christine M. Davi
Attorneys for Monterey City Defendants

DATED: March __, 2007.

MANNING & MARDER
KASS, ELLROD, RAMIREZ, LLP

By _____
Mildred K. O'Linn
Attorneys for Defendant Taser International, Inc.

1  DATED:  March ___, 2007.          LAW OFFICES OF JOHN BURTON
2                                    WILLIAMSON & KRAUSS

3
                                     By_____
4                                        John Burton
                                         Attorneys for Plaintiffs
5

6
   DATED:  March 8, 2007.            MONTEREY COUNTY COUNSEL
7                                    CHARLES J. McKEE, County Counsel

8
                                     By_____
9                                        Traci A. Kirkbride
10                                       Attorneys for Monterey County Defendants

11

12 DATED:  March 12, 2007.           LEE A. WOOD & ASSOCIATES, P.C.

13
14                                   By_____
                                         Thomas V. Perea
15                                       Attorneys for Seaside Defendants

16

17 DATED:  March ___, 2007.          MONTEREY CITY ATTORNEY

18
19                                   By_____
20                                       Christine M. Davi
                                         Attorneys for Monterey City Defendants
21

22 DATED:  March ___, 2007.          MANNING & MARDER
23                                   KASS, ELLROD, RAMIREZ, LLP

24
                                     By_____
25                                       Mildred K. O'Linn
26                                       Attorneys for Defendant Taser International, Inc.

27

28

---

*Evelyn Rosa, et a. v. City of Seaside, et al.*                     Case No. C 05-03577 JF
Stipulation to Dismiss with Prejudice Monterey County Defendants; Order      2 of 3

1  DATED: March ___, 2007.

2

3                                          LAW OFFICES OF JOHN BURTON
                                           WILLIAMSON & KRAUSS

4                                          By_____
                                                John Burton
5                                               Attorneys for Plaintiffs

6  DATED: March 8, 2007.

7                                          MONTEREY COUNTY COUNSEL
                                           CHARLES J. McKEE, County Counsel
8

9                                          By_Traci A. Kirkbride_____
10                                              Traci A. Kirkbride
                                                Attorneys for Monterey County Defendants
11

12  DATED: March ___, 2007.

13                                         LEE A. WOOD & ASSOCIATES, P.C.

14

15                                         By_____
                                                Thomas V. Perea
16                                              Attorneys for Seaside Defendants

17  DATED: March 12, 2007.

18                                         MONTEREY CITY ATTORNEY

19                                         By_Christine Davi_____
20                                              Christine M. Davi
                                                Attorneys for Monterey City Defendants
21

22  DATED: March ___, 2007.

23                                         MANNING & MARDER
                                           KASS, ELLROD, RAMIREZ, LLP
24

25                                         By_____
                                                Mildred K. O'Linn
26                                              Attorneys for Defendant Taser International, Inc.

27

28

---

*Evelyn Rosa, et a. v. City of Seaside, et al.*
Stipulation to Dismiss with Prejudice Monterey County Defendants; Order

Case No. C 05-03577 JF

2 of 3

1    DATED: March ___, 2007.

2

3    DATED: ___, 2007.

4

5

6    DATED: March 8, 2007.

7

8    DATED:

9

10

11

12   DATED: March ___, 2007.

13   DATED: ___, 2007.

14

15

16

17   DATED: March ___, 2007.

18

19

20

21

22   DATED: March 12, 2007.

23

24

25

26

27

28

LAW OFFICES OF JOHN BURTON
WILLIAMSON & KRAUSS


By_____
    John Burton
    Attorneys for Plaintiffs


MONTEREY COUNTY COUNSEL
CHARLES J. McKEE, County Counsel


By_____Traci A. Kirkbride_____
    Traci A. Kirkbride
    Attorneys for Monterey County Defendants


LEE A. WOOD & ASSOCIATES, P.C.


By_____
    Thomas V. Perea
    Attorneys for Seaside Defendants


MONTEREY CITY ATTORNEY


By_____
    Christine M. Davi
    Attorneys for Monterey City Defendants


MANNING & MARDER
KASS, ELLROD, RAMIREZ, LLP


By_____
    Mildred K. O'Linn
    Attorneys for Defendant Taser International, Inc.

1

ORDER

2

3     IT IS SO ORDERED.

4

5     DATED:    3/15/07

6                                              JEREMY FOGEL
                                               United States District Court Judge
7

8

9     F:\WPWIN60\TXT\LIT\400\Rosa\Stip.Dismiss MoCo.wpd

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28