**E-filed 3/26/07**

1  DEBORAH MALL, City Attorney, 153407
   M. CHRISTINE DAVI, Assistant City Attorney, 178389
2  CITY OF MONTEREY
   CITY HALL
3  Monterey, CA  93940
   (831) 646-3915
4  (831) 373-3915 (fax)

5  Attorneys for Defendants CITY OF MONTEREY and
   MONTEREY POLICE OFFICER KATIE REYES
6

7

8
                     UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11  EVELYN ROSA, et al.,                    Case No.  C 05-03577 JF

12                      Plaintiffs,         (PROPOSED) ORDER ON
                                            STIPULATION TO DISMISS
13       vs.                                DEFENDANTS CITY OF MONTEREY
                                            and MONTEREY POLICE OFFICER
14  CITY OF SEASIDE, et al.,                KATIE REYES

15                      Defendants.

16

17

18

19       Defendants, CITY OF MONTEREY and MONTEREY POLICE OFFICER KATIE

20  REYES, filed a Stipulation to Dismiss with prejudice which has been executed by all parties

21  pursuant to Fed. R. Civ. P. 41 (a) (1).

22       Pursuant to Stipulation, IT IS SO ORDERED.

23
                                            _____
24  Dated:  3/26/07
                                            JEREMY FOGEL
25                                          United States District Court Judge

26

27

28

Order on Stipulation to Dismiss         1                    C 05-03577 JF

Dockets.Justia.com