OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST STREET, ROOM 2112
SAN JOSE, CALIFORNIA 95113-3095

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

FILED
2007 AUG -6  P 4: 23
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

131

Jeffrey R. Salberg
695 Town Center Drive
Suite 700
Costa Mesa, CA 92626

Not @ this address

NIXIE           927   CC  1            02   08/04/07
        RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD
BC: 95113309500          *2177-00871-04-23

UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004327683   $ 00.41⁰
JUL 24 2007
MAILED FROM ZIPCODE 95113