IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EVELYN ROSA, et al., | Case No. C-05-03577 JF (PVT) |
| Plaintiff, | **ORDER OF RECUSAL** |
| v. | |
| CITY OF SEASIDE, et al., | |
| Defendant. | |

I hereby recuse myself from hearing or determining any discovery matters in the above-entitled action. The Clerk of the Court shall randomly reassign this case for discovery purposes. The undersigned judge shall remain for purposes of settlement.

Dated: *8/10/2007*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge