1  **BOHM, MATSEN, KEGEL & AGUILERA, LLP**
   James G. Bohm (SBN 132430)
2  5 Hutton Centre Drive, 12th Floor
   Santa Ana, California 92707
3  Telephone: (714) 210-7500
   Facsimile: (714) 210-7515
4
   Attorneys for Defendants
5  CITY OF SEASIDE (*also erroneously served as SEASIDE POLICE DEPARTMENT*),
   MATTHEW DOZA, NICK BORGES, DAN CHARLTON,
6  ANTHONY J. SOLLECITO (*erroneously sued as Anthony SELLECITO*) and
   Cross-Claimant CITY OF SEASIDE
7

8                    **UNITED STATES DISTRICT COURT**

9              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
10

11 | EVELYN ROSA and ROBERT ROSA, individually ) | Case No.: C 05-03577 PVT
12 | and TAMMY HIKE as the personal representatives ) | Assigned To:  *Hon.. Jeremy Fogel*
   | of MICHAEL ROBERT ROSA, deceased, and as ) | Referred To:  *Hon. Patricia V. Trumbull*
13 | Guardian ad Litem for H.R., a minor           )

14              Plaintiffs,               )  **REQUEST FOR APPROVAL OF**
       v.                                 )  **SUBSTITUTION OF ATTORNEY;**
15                                        )  **ORDER**
   CITY OF SEASIDE and SEASIDE POLICE     )
16 DEPARTMENT, CITY OF DEL REY OAKS and   )
   DEL REY OAKS POLICE DEPARTMENT,        )
17 MONTEREY PENINSULA AIRPORT DISTRICT    )
   and MONTEREY PENINSULA AIRPORT         )
18 POLICE DEPARTMENT, CITY OF MONTEREY    )
   and MONTEREY POLICE DEPARTMENT,        )
19 COUNTY OF MONTEREY and MONTEREY        )
   COUNTY SHERIFF'S DEPARTMENT, DEL REY   )
20 OAKS POLICE CHIEF RON LANGFORD,        )
   MONTEREY POLICE CHIEF CARLO CUDIO,     )
21 MONTEREY SHERIFF MIKE KANALAKIS        )
   AND SEASIDE POLICE CHIEF ANTHONY J.    )
22 SELLECITO, SEASIDE POLICE OFFICERS     )
   MATTHEW DOZA, NICK BORGES, and         )
23 CHARLTON, DEL REY OAKS POLICE          )
   OFFICER RUSSELL VANZANTEN, AIRPORT     )
24 POLICE DEPARTMENT OFFICER JEFF         )
   POWELL, MONTEREY POLICE OFFICER        )
25 KATIE REYES, MONTEREY COUNTY           )
   SHERIFF'S DEPUTIES JOE PALAZZOLO and   )
26 IRONS, TASER INTERNATIONAL, INC., and  )
   DOES 1 to 10,                          )
27                                        )
            Defendants.                   )
28                                        )
                                             Date Action Filed:       10/17/2005
                                             2nd Amended Complaint:   12/13/2005

---

1

REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

Defendant, City of Seaside, hereby requests the Court approve the substitution of BOHM, MATSEN, KEGEL & AGUILERA, LLP, 5 Hutton Centre Drive, 12th Floor, Santa Ana, CA 92707, (714) 210-7500, as attorney of record in place and stead of LEE A. WOOD & ASSOCIATES, P.C.

Dated: 10/15/07

_____
for City of Seaside

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated: 10-16-07

LAW OFFICES OF LEE A. WOOD

By: _____
Lee A. Wood, Esq.

I am duly admitted to practice in this District pursuant to Local Rule 83-2 and consent to the above substitution.

Dated: 10/16/07

BOHM, MATSEN, KEGEL & AGUILERA, LLP

By: _____
James G. Bohm

**ORDER**

The substitution of attorney is hereby approved and so ORDERED.

Dated: 10/24/07

_____
United States District Court Judge
Jeremy Fogel

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the City of Santa Ana, County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 5 Hutton Centre Drive, 12th Floor, Santa Ana, CA 92707. On October 16, 2007 I served the documents named below on the parties in this action as follows:

DOCUMENT(S) SERVED: **REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY; ORDER**

SERVED UPON: **SEE ATTACHED SERVICE LIST**

☒ (BY MAIL) I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Santa Ana, California. I am readily familiar with the practice of Bohm, Matsen, Kegel & Aguilera, LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY PERSONAL SERVICE) I *CAUSED* the above-referenced document(s) to be personally delivered to the addresses listed on the attached Service List by close of business on October 16, 2007.

☐ (BY FEDERAL EXPRESS) I am readily familiar with the practice of Bohm, Matsen, Kegel & Aguilera, LLP for the collection and processing of correspondence for overnight delivery and known that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

☒ (BY FACSIMILE WHERE INDICATED) The above-referenced document was transmitted by facsimile transmission and the transmission was reported as complete and without error. Pursuant to C.R.C. 2009(I), I caused the transmitting facsimile machine to issue properly a transmission report.

☒ (BY ELECTRONIC FILING WITH THE U.S. DISTRICT COURT) By submitting said documents for Electronic Case Filing on said date pursuant to Local Rule 5-4 and General Order 45, at Bohm, Matsen, Kegel & Aguilera, LLP, 5 Hutton Centre Drive, 12th Floor, Santa Ana, CA 92707.

☐ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on October 16, 2007, at Santa Ana, California.

_____
Jacqueline Izurieta

1
PROOF OF SERVICE

# SERVICE LIST
*Rosa, et al. v. City of Seaside, et al.*
Case No. C 05-03577 PVT
U.S. District Court, Northern District (San Jose)

| | |
|---|---|
| John Christopher Burton, Esq.<br>**THE L/O OF JOHN BURTON**<br>414 South Marengo Avenue<br>Pasadena, CA 91101<br>jb@johnburtonlaw.com<br>Tel:  (626) 449-8300<br>Fax: (626) 449-4417 | Lead Attorney for Plaintiffs,<br>**EVELYN ROSA** and **ROBERT ROSA**, individually and as the personal representatives of **MICHAEL ROBERT ROSA**, deceased, and **DAVID ROSA**, as Guardian ad Litem for **H.R.**, a minor |
| Peter M. Williamson, Esq.<br>**WILLIAMSON & KRAUSS**<br>18801 Ventura Blvd., Suite 206<br>Tarzana, CA 91356<br>pmw@williamson-krauss.com<br>Tel:  (818) 344-4000<br>Fax: (818) 344-4899 | Co-Counsel for Plaintiffs,<br>**EVELYN ROSA** and **ROBERT ROSA**, individually and as the personal representatives of **MICHAEL ROBERT ROSA**, deceased, and **DAVID ROSA**, as Guardian ad Litem for **H.R.**, a minor |
| Mildred K. O'Linn, Esq.<br>Timothy Kral, Esq.<br>**MANNING & MARDER, KASS, ELLROD, RAMIREZ, LLP**<br>15th Floor at 801 Tower<br>801 S. Figueroa Street<br>Los Angeles, CA 90017<br>Tel:  (213) 624-6900<br>Fax: (213) 624-6999<br>mko@mmker.com | Attorneys for Defendant,<br>**TASER INTERNATIONAL, INC.** |