John Burton, State Bar No. 86029
THE LAW OFFICES OF JOHN BURTON
414 South Marengo Avenue
Pasadena, California 91101

Telephone: (626) 449-8300
Facsimile: (626) 449-4417
E-Mail: jb@johnburtonlaw.com

Peter M. Williamson, State Bar No. 97309
WILLIAMSON & KRAUSS
21800 Oxnard Street, Suite 305
Woodland Hills, CA 91367

Telephone: (818) 226-5700
Facsimile: (818) 226-5704
E-Mail: pmw@williamson-krauss.com

Attorneys for Plaintiffs Evelyn Rosa and Robert Rosa as individuals, and Tammy Hike, as Guardian ad Litem for H.R., a minor, and as the personal representatives of Michael Robert Rosa, deceased

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN ROSA and ROBERT ROSA as individuals, and TAMMY HIKE, as Guardian ad Litem for H.R., a minor, and as the personal representatives of MICHAEL ROBERT ROSA, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEASIDE, et al.,<br><br>Defendants. | Case No. C 05-03577 JF<br><br>NOTICE OF SUBSTITUTION OF HOLLY ROSA, AN ADULT, AS PARTY PLAINTIFF IN PLACE OF TAMMY HIKE, AS HER GUARDIAN AD LITEM; [PROPOSED] ORDER<br><br>(For Judge Fogel's review & signature) |

PLEASE TAKE NOTICE that when this action was filed, the decedent's daughter, Holly Rosa, was a minor, having been born on August 7, 1988.  Accordingly, she appeared initially as a party plaintiff in this action through her mother, Tammy Hike, as her guardian ad litem.  Due to the passage of time, Holly Rosa attained the age of majority on August 7, 2006, and now wishes to prosecute the instant action on her own behalf.  Accordingly,

1  she requests that the Court order that Holly Rosa be substituted as party plaintiff in place
2  of Tammy Hike, as her guardian ad litem.
3  DATED: February 18, 2008

Respectfully submitted,

LAW OFFICES OF JOHN BURTON
WILLIAMSON & KRAUSS


By:   /s/   PETER M. WILLIAMSON
           Attorneys for Plaintiffs

# ORDER

GOOD CAUSE having been shown for the substitution of Holly Rosa, as party plaintiff in the place of Tammy Hike, her previously appointed guardian ad litem,

IT IS SO ORDERED.

Dated: 2/27/09

_____
Hon. JEREMY FOGEL
United States District Court Judge