Mildred K. O'Linn, Esq. (State Bar No. 159055)
MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP
15th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile: (213) 624-6999
mko@mmker.com

**E-Filed 3/16/09**

Attorneys for Defendant,
TASER INTERNATIONAL, INC.

Michael Brave, Esq.
Wisconsin State Bar No. 1012226
National Litigation Counsel
TASER International, Inc.
17800 North 85th Street, 3rd Floor
Scottsdale, AZ 85255-6311
Telephone: (651) 248-2809
Facsimile: (480) 275-3291
brave@laaw.com

(*Pro Hac Vice*) Attorney for Defendant,
TASER INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN ROSA and ROBERT ROSA, individually and as the personal representatives of MICHAEL ROBERT ROSA, deceased, | Case No.: C 05-03577 JF/HRL |
| | [Howard R. Lloyd, United States Magistrate Judge] |
| Plaintiffs, | **JOINT STIPULATION TO CONTINUE THE TRIAL DATE AND ALL RELATED DEADLINES AND [PROPOSED] ORDER** |
| vs. | |
| CITY OF SEASIDE and SEASIDE POLICE DEPARTMENT, CITY OF DEL REY OAKS AND DEL REY OAKS POLICE DEPARTMENT, MONTEREY PENINSULA AIRPORT DISTRICT AND MONTEREY PENINSULA AIRPORT POLICE DEPARTMENT, CITY OF MONTEREY AND MONTEREY POLICE DEPARTMENT, COUNTY OF MONTEREY AND MONTEREY COUNTY SHERIFF'S DEPARTMENT, DEL REY OAKS POLICE CHIEF RON LANGFORD, MONTEREY POLICE CHIEF CARLO CUDIO, MONTEREY SHERIFF MIKE | |

1  KANALAKIS AND SEASIDE POLICE           )
   CHIEF ANTHONY SELLECITO, SEASIDE       )
2  POLICE OFFICERS MATTHEW DOZA,          )
   NICK BORGES, AND CHARLTON, DEL         )
3  REY OAKS POLICE OFFICER RUSSELL        )
   VANZANTEN, AIRPORT POLICE              )
4  DEPARTMENT OFFICER JEFF POWELL,        )
   MONTEREY POLICE OFFICER KATIE          )
5  REYES, MONTEREY COUNTY                 )
   SHERIFF'S DEPUTIES JOE PALAZZOLO       )
6                                         )
                                          )
7                                         )
   AND IRONS, TASER INTERNATIONAL,        )
8  INC., and DOES 1 TO 10,                )
                                          )
9               Defendants.               )
                                          )
10 _____       )

11 **TO THE HONORABLE COURT:**

12 IT IS HEREBY STIPULATED by and between the parties to the above-titled

13 action, by and through their respective attorneys of record, and pursuant to United

14 States District Court - Northern District of California Local Rules 7-12 and 40-1, as

15 follows:

16 The Court, in the case management conference of July 18, 2008, set the

17 following dates and deadlines in the litigation of this matter:

18 Discovery Cut-Off date is currently set for April 17, 2009;

19 Dispositive Motion Hearing Cut-Off date is currently June 5, 2009;

20 Pre-Trial Conference is currently June 26, 2009 at 11:00 a.m.;

21 Trial is currently set for July 17, 2009 at 1:30 p.m.

22 Thus, based on the dates that the Court has set, and under Fed. R. Civ. P. 26

23 and Northern District of California Local Rule 26-2, the following deadlines would

24 appear to apply:

25 Expert Designation and Reports would be due April 17, 2009;

26 Expert Discovery Cut-Off would be April 17, 2009;

27 Counter-Designation would be due by May 18, 2009.

28 The parties, by and through their respective attorneys of record, stipulate to the

continuance of these dates.  GOOD CAUSE EXISTS to continue the trial date, and all related dates and deadlines, in the above-entitled action as a result of the following:

1.      Discovery, particularly expert discovery, is not yet complete in this matter. While the parties are working diligently on the matter, the issues in dispute in this case require additional time for proper analysis and completion of the depositions of the parties' experts.

2.      At present, the trial calendars of counsel present significant difficulties in completing discovery under the current trial date and related deadlines. Additional time is needed to complete the amount of work necessary for expert witness discovery after the expert reports are issued, but prior to trial, and in order to allow for the proper preparation of pre-trial documents and motions.

3.      Plaintiffs' counsel stipulates to a continuance of the trial date to September 12, 2009 or to September 4, 2009.

Accordingly, the parties, by and through their respective attorneys of record, hereby respectfully request that this Honorable Court **continue the trial date of the above-entitled matter to September 12, 2009**, or – *in the alternative* to *September 4, 2009*.  While defense counsel is agreeable to a date and time thereafter, as the Court deems appropriate, plaintiffs' counsel stipulates only to the dates as proposed hereinabove.

/ / /

/ / /

/ / /

It is further agreed by and between the parties that this stipulation may be signed in counterpart and that a facsimile or electronic signature will be as valid as an original signature.

IT IS SO STIPULATED.

Dated: March 13, 2009

MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP


By: /s/ Mildred K. O'Linn
        Mildred K. O'Linn
Attorneys for Defendant
TASER INTERNATIONAL, INC.


DATED: March 13, 2009

THE LAW OFFICES OF JOHN BURTON


By: /s/ John Burton
        John Burton
Attorneys for Plaintiffs,
EVELYN ROSA and ROBERT ROSA,
individually and as the personal
representatives of MICHAEL ROBERT
ROSA, deceased.

DATED: March 13, 2009

WILLIAMSON & KRAUSS


By:/s/ Peter M. Williamson
        Peter M. Williamson
Attorneys for Plaintiffs,
EVELYN ROSA and ROBERT ROSA,
individually and as the personal
representatives of MICHAEL ROBERT
ROSA, deceased.

## <u>ORDER</u>

PURSUANT TO STIPULATION, IT IS SO ORDERED AS FOLLOWS:

1.      The <u>Expert Designation and Reports</u> deadline is continued to:  6/12/09

2.      The <u>Expert Counter-Designation</u> deadline is continued to:  7/10/09

3.      The <u>Fact Discovery Cut-Off</u> date is continued to:  6/12/09

4.      The <u>Expert Discovery Cut-Off</u> date is continued to:  6/12/09

5.      The <u>Dispositive Motion Filing Cut-Off</u> date is continued to:  6/26/09

4.      The <u>Dispositive Motion Hearing Cut-Off</u> date is continued to:  7/31/09

5.      The <u>Pre-Trial Conference</u> date is continued to:  8/21/09

6.      The <u>Trial</u> date is continued to: ~~September 12, 2009~~  9/11/09 .

IT IS SO ORDERED.

DATED:  _____3/16/09_____, 2009

_____
~~Hon. Howard R. Lloyd~~
~~UNITED STATES MAGISTRATE JUDGE~~
JEREMY FOGEL
United States District Judge