|  |  |
|---|---|
| 1 | BOHM, MATSEN, KEGEL & AGUILERA, LLP |
| 2 | Lee A. Wood (SBN 58676) |
|   | Thomas V. Perea (SBN 140223) |
| 3 | 695 Town Center Drive, Suite 700 |
| 4 | Santa Ana, California 92626 |
|   | Telephone: (714) 384-6500 |
| 5 | Facsimile: (714) 384-6501 |

Attorneys for Defendants CITY OF SEASIDE
(*also erroneously served as SEASIDE POLICE DEPARTMENT*),
MATTHEW DOZA, NICK BORGES, DAN CHARLTON and
ANTHONY J. SOLLECITO *(erroneously sued as Anthony Sellicito)*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN ROSA and ROBERT ROSA, individually and TAMMY HIKE as the personal representatives of MICHAEL ROBERT ROSA, deceased, and as Guardian ad Litem for H.R., a minor,<br><br>Plaintiffs,<br>v.<br><br>CITY OF SEASIDE and SEASIDE POLICE DEPARTMENT, CITY OF DEL REY OAKS and DEL REY OAKS POLICE DEPARTMENT, MONTEREY PENINSULA AIRPORT DISTRICT and MONTEREY PENINSULA AIRPORT POLICE DEPARTMENT, CITY OF MONTEREY and MONTEREY POLICE DEPARTMENT, COUNTY OF MONTEREY and MONTEREY COUNTY SHERIFF'S DEPARTMENT, DEL REY OAKS POLICE CHIEF RON LANGFORD, MONTEREY POLICE CHIEF CARLO CUDIO, MONTEREY SHERIFF MIKE KANALAKIS AND SEASIDE POLICE CHIEF ANTHONY J. SELLECITO, SEASIDE POLICE OFFICERS MATTHEW DOZA, NICK BORGES, and CHARLTON, DEL REY OAKS POLICE OFFICER RUSSELL VANZANTEN, AIRPORT POLICE DEPARTMENT OFFICER JEFF POWELL, MONTEREY POLICE OFFICER KATIE REYES, MONTEREY COUNTY SHERIFF'S DEPUTIES JOE PALAZZOLO and IRONS, TASER INTERNATIONAL, INC., and DOES 1 to 10,<br><br>Defendants. | Case No.: C 05-03577 JF<br>Assigned To: *Hon. Jeremy Fogel*<br><br>[PROPOSED] ORDER DISMISSING PLAINTIFFS' COMPLAINT AGAINST DEFENDANTS CITY OF SEASIDE, MATTHEW DOZA, NICK BORGES, DAN CHARLTON AND ANTHONY J. SOLLECITO WITH PREJUDICE<br><br><br><br><br><br><br><br><br><br><br>Disc. Cutoff:      4/17/09<br>Motion Cutoff:  6/05/09<br>PTC:                 6/26/09<br>Trial:                 7/17/09 |

1

[Proposed] Order Dismissing Action with Prejudice

The Court, having considered the stipulation of the parties and finding good cause for the requested order set forth therein, HEREBY ORDERS as follows:

Pursuant to the provisions of Fed. R. Civ. Proc. Rule 41, Plaintiffs Evelyn Rosa and Robert Rosa as individuals, and Holly Rosa, individually and as the personal representative of Michael Robert Rosa's Complaint against Defendants City of Seaside, Matthew Doza, Nick Borges, Dan Charlton and Anthony J. Sollecito is hereby DISMISSED with prejudice. This Court, however, hereby reserves jurisdiction to enforce the terms of the settlement agreement between the parties to this action.

Dated: March 18, 2009

Hon. Jeremy Fogel
JUDGE OF THE U.S. DISTRICT COURT

Proposed Order re Stipulation for Dismissal

2
[Proposed] Order Dismissing Action with Prejudice

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the City of Costa Mesa, County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 695 Town Center Drive, Ste. 700, Costa Mesa, CA 92626. On March 17, 2009 I served the documents named below on the parties in this action as follows:

DOCUMENT(S) SERVED: **[PROPOSED] ORDER DISMISSING PLAINTIFFS' COMPLAINT AGAINST DEFENDANTS CITY OF SEASIDE, MATTHEW DOZA, NICK BORGES, DAN CHARLTON AND ANTHONY J. SOLLECITO WITH PREJUDICE**

SERVED UPON: **SEE ATTACHED SERVICE LIST**

☐ (BY MAIL) I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Santa Ana, California. I am readily familiar with the practice of Bohm, Matsen, Kegel & Aguilera, LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY PERSONAL SERVICE) I *CAUSED* the above-referenced document(s) to be personally delivered to the addresses listed on the attached Service List by close of business on March 17, 2009.

☐ (BY FEDERAL EXPRESS) I am readily familiar with the practice of Bohm, Matsen, Kegel & Aguilera, LLP for the collection and processing of correspondence for overnight delivery and known that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

☐ (BY FACSIMILE WHERE INDICATED) The above-referenced document was transmitted by facsimile transmission and the transmission was reported as complete and without error. Pursuant to C.R.C. 2009(I), I caused the transmitting facsimile machine to issue properly a transmission report.

☒ (BY ELECTRONIC FILING WITH THE U.S. DISTRICT COURT) By submitting said documents for Electronic Case Filing on said date pursuant to Local Rule 5-4 and General Order 45, at Bohm, Matsen, Kegel & Aguilera, LLP, 695 Town Center Drive, Ste. 700, Costa Mesa, CA 92626.

☐ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on March 17, 2009, at Costa Mesa, California.

Kym Smith

## SERVICE LIST

*Rosa, et al. v. City of Seaside, et al.*
Case No. C 05-03577 PVT
U.S. District Court, Northern District (San Jose)

| | |
|---|---|
| John Christopher Burton, Esq.<br>**THE L/O OF JOHN BURTON**<br>414 South Marengo Avenue<br>Pasadena, CA 91101<br>jb@johnburtonlaw.com<br>Tel:   (626) 449-8300<br>Fax:  (626) 449-4417 | Lead Attorney for Plaintiffs,<br>**EVELYN ROSA** and **ROBERT ROSA**, individually and as the personal representatives of **MICHAEL ROBERT ROSA**, deceased, and **DAVID ROSA**, as Guardian ad Litem for **H.R.**, a minor |
| Peter M. Williamson, Esq.<br>**WILLIAMSON & KRAUSS**<br>18801 Ventura Blvd., Suite 206<br>Tarzana, CA 91356<br>pmw@williamson-krauss.com<br>Tel:   (818) 344-4000<br>Fax:  (818) 344-4899 | Co-Counsel for Plaintiffs,<br>**EVELYN ROSA** and **ROBERT ROSA**, individually and as the personal representatives of **MICHAEL ROBERT ROSA**, deceased, and **DAVID ROSA**, as Guardian ad Litem for **H.R.**, a minor |
| Mildred K. O'Linn, Esq.<br>Timothy Kral, Esq.<br>**MANNING & MARDER, KASS, ELLROD, RAMIREZ, LLP**<br>15th Floor at 801 Tower<br>801 S. Figueroa Street<br>Los Angeles, CA 90017<br>Tel:   (213) 624-6900<br>Fax:  (213) 624-6999<br>mko@mmker.com | Attorneys for Defendant,<br>**TASER INTERNATIONAL, INC.** |