# Invoice

**From:** Barry Gustin, MD, MPH
2026 Derby Street
Berkeley, CA 94705
510-540-1041

**PAID**

| | | | |
|---|---|---|---|
| Attention: | John Burton, Esq. | MLC1503 | |
| Title: | Attorney | Rosa matter | |
| Company Name: | | | |
| Address: | 414 South Marengo Avenue | Lead Attorney | |
| City, State Zip Code: | Pasadena, CA 91101 | Net 30 | |
| Date: | 5/26/09 | | |

| Description | Quantity (hr) | Unit Price | Cost |
|---|---|---|---|
| email correspondence, two case studies reviewed (Turner, Butler) 3/25/09 | 0.5 | $500.00 | $250.00 |
| Communication with Attorney, 3/25/09 | 1.75 | $500.00 | $875.00 |
| Articles reviewed (Ham, Cocaine washout, Herring, Bozeman) 3/25/09 | 1.25 | $500.00 | $625.00 |
| Review of Rosa Hospital Record 4/26/09 | 0.5 | $500.00 | $250.00 |
| | | Subtotal | $2,000.00 |
| | | Total | $2,000.00 |

Sincerely yours,

Barry Gustin, MD, MPH

**EXHIBIT 18**

# Invoice 

**From:** **Barry Gustin, MD, MPH**
**2828 Derby Street**
**Berkeley, CA 94705**
**510-549-1041**

| Attention: | John Burton, Esq. | MLC1503 |
|---|---|---|
| Title: | Attorney | Rosa matter |
| Company Name: | | |
| Address: | 414 South Marengo Avenue | Lead Attorney |
| City, State Zip Code: | Pasadena, CA 91101 | Terms: Net 15 |
| Date: | 6/10/09 | |

| Description | Date | Quantity (hr) | Unit Price | Cost |
|---|---|---|---|---|
| Communication with Attorney and Dr. Gallik | May 28, 2009 | 2 | $500.00 | $1,000.00 |
| Report Revision, additional research | May 28, 2009 | 1.5 | $500.00 | $750.00 |
| Reviewed Dr. Lavin, Psychiatric Autopsy Report | Jun 2, 2009 | 0.5 | $500.00 | $250.00 |
| Reviewed and edited changes to my report and addendum #1 | Jun 3, 2009 | 1.75 | $500.00 | $875.00 |
| Reviewed Ho's 2009 study | Jun 3, 2009 | 0.25 | $500.00 | $125.00 |
| Reviewed Ben Yaakov paper | Jun 7, 2009 | 0.75 | $500.00 | $375.00 |
| Reviewed Ho Deposition, Gerst paper, Amnesty International Study 2008 | Jun 7, 2009 | 2.75 | $500.00 | $1,375.00 |
| Reviewed Swerdlow paper, Ho paper (ARD), Schwarz case study, Ho Poster, Sticky Shocker | Jun 8, 2009 | 1.75 | $500.00 | $875.00 |
| Reviewed Esquivel paper, Lancet letter by Fish, McDaniel paper, Bouton Chart, various email correspondence (.25hr) | Jun 9, 2009 | 1.25 | $500.00 | $625.00 |