# NATHAN E. LAVID, M.D.

65 PINE AVE • LONG BEACH, CA 90802 • TEL: (562) 912-4646 • FAX: (562) 912-4647
www.nathanlavidmd.com
Federal Tax ID #: 20-0121838

## Invoice For Forensic Psychiatric Services

August 9, 2009

John Burton, Esq.
The Law Offices of John Burton
414 S. Marengo Ave.
Pasadena, California 91101

RE: ROSA v. CITY OF SALINAS
CASE #: N.D. CAL. Case # CV-05-3577 JF/PVT

| Date | Description of Services Rendered | Charges | Payment | Balance |
|---|---|---|---|---|
| 3/12/09 | Retainer - $ 2,000 | $ | $ 2,000 | $ |
| 3/15/09 | Review records – 30 minutes @ $400/hr | $ 200 | | -$ 1,800 |
| 4/21/09 | Review records – 2 hours @ $400/hr | $ 800 | | -$ 1,000 |
| 4/25/09 | Review records – 2 hours @ $400/hr | $ 800 | | -$ 200 |
| 5/10/09 | Review records – 30 minutes @ $400/hr | $ 200 | | $ 0 |
| 5/11/09 | Interview with family - 1 hour @ $400/hr | $ 400 | | $ 400 |
| 5/19/09 | Dictate report – 45 minutes @ $400/hr | $ 300 | | $ 700 |
| 5/26/09 | Proof, correct and send report to attorney – 30 minutes @ $400/hr | $ 200 | | $ 900 |
| 6/29/09 | Paid | | $ 900 | |
| 8/9/09 | Review expert reports – 45 minutes @ $400/hr | | | |
| | | | | |
| | | | | |

| Balance Due | $ 0 |
|---|---|





NEUROSCIENCE APPLIED TO CLINICAL AND FORENSIC PSYCHIATRY