| | |
|---|---|
| 1 | Mildred K. O'Linn, Esq. (State Bar No. 159055) |
| | MANNING & MARDER |
| 2 | KASS, ELLROD, RAMIREZ LLP |
| | 15th Floor at 801 Tower |
| 3 | 801 South Figueroa Street |
| | Los Angeles, CA 90017 |
| 4 | Telephone: (213) 624-6900 |
| | Facsimile: (213) 624-6999 |
| 5 | mko@mmker.com |
| | Attorneys for Defendant, |
| 6 | TASER INTERNATIONAL, INC. |
| 7 | Michael Brave, Esq. (Wisconsin State Bar No. 1012226) |
| | National Litigation Counsel |
| 8 | TASER International, Inc. |
| | 17800 North 85th Street, 3rd Floor |
| 9 | Scottsdale, AZ 85255-6311 |
| | Telephone: (651) 248-2809 |
| 10 | Facsimile: (480) 275-3291 |
| | brave@laaw.com |
| 11 | (Pro Hac Vice) Attorney for Defendant, |
| | TASER INTERNATIONAL, INC. |
| 12 | |
| | Holly Gibeaut, Esq. (Arizona State Bar No. 019786) |
| 13 | Litigation Counsel |
| | TASER International, Inc. |
| 14 | 17800 North 85th Street |
| | Scottsdale, Arizona 85255-9603 |
| 15 | Telephone: (480) 502-6265 |
| | Facsimile: (480) 905-2027 |
| 16 | hgibeaut@taser.com |
| | (Pro Hac Vice) Attorney for Defendant, |
| 17 | TASER INTERNATIONAL, INC. |
| 18 | John R. Maley   (Indiana State Bar No. 14300-89) |
| | BARNES & THORNBURG LLP |
| 19 | 11 South Meridian Street |
| | Indianapolis, Indiana 46204 |
| 20 | Telephone: (317) 231-7464 |
| | Facsimile: (317) 231-7433 |
| 21 | john.maley@btlaw.com |
| | (Pro Hac Vice) Attorney for Defendant, |
| 22 | TASER INTERNATIONAL, INC. |
| 23 | Kathleen M. Anderson   (Indiana State Bar No. 16351-92) |
| | BARNES & THORNBURG LLP |
| 24 | 600 One Summit Square |
| | Ft. Wayne IN 46802 |
| 25 | Telephone: (260) 425-4657 |
| | Facsimile: (260) 424-8316 |
| 26 | Kathleen.Anderson@btlaw.com |
| | (Pro Hac Vice) Attorney for Defendant, |
| 27 | TASER INTERNATIONAL, INC. |
| 28 | |

| | |
|---|---|
| EVELYN ROSA and ROBERT ROSA, individually and as the personal representatives of MICHAEL ROBERT ROSA, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SEASIDE and SEASIDE POLICE DEPARTMENT, CITY OF DEL REY OAKS AND DEL REY OAKS POLICE DEPARTMENT, MONTEREY PENINSULA AIRPORT DISTRICT AND MONTEREY PENINSULA AIRPORT POLICE DEPARTMENT, CITY OF MONTEREY AND MONTEREY POLICE DEPARTMENT, COUNTY OF MONTEREY AND MONTEREY COUNTY SHERIFF'S DEPARTMENT, DEL REY OAKS POLICE CHIEF RON LANGFORD, MONTEREY POLICE CHIEF CARLO CUDIO, MONTEREY SHERIFF MIKE KANALAKIS AND SEASIDE POLICE CHIEF ANTHONY SELLECITO, SEASIDE POLICE OFFICERS MATTHEW DOZA, NICK BORGES, AND CHARLTON, DEL REY OAKS POLICE OFFICER RUSSELL VANZANTEN, AIRPORT POLICE DEPARTMENT OFFICER JEFF POWELL, MONTEREY POLICE OFFICER KATIE REYES, MONTEREY COUNTY SHERIFF'S DEPUTIES JOE PALAZZOLO AND IRONS, TASER INTERNATIONAL, INC., and DOES 1 TO 10,<br><br>Defendants. | Case No.: C 05-03577 JF/HRL<br><br>[*Hon. Judge Jeremy Fogel, United States District Judge*]<br><br>**STIPULATION OF THE PARTIES AND REQUEST FOR RESERVATION OF COURTROOM WITH AUDIO-VISUAL EQUIPMENT** |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**TO THE HONORABLE COURT:**

IT IS HEREBY STIPULATED by and between the parties to the above entitled action, by and through their respective attorneys of record, and pursuant to United States District Court, Northern District of California Local Rules 7-12 and 40-1, as follows:

1. In the presentation of their respective cases, counsel for both parties intend to make use of visual displays and demonstrative evidence, including but not necessarily limited to computer slide show presentations via programs such as Microsoft PowerPoint and comparable computerized display and/or projection of photographs, bullet point notes, and other visual or auditory aids.

2. Counsel are informed and believe that the San Jose courthouse of the United States District Court, Northern District of California has at least one courtroom that is specially equipped for the presentation of such audio-visual aids, *i.e.*, the inclusion of a projector and screen compatible with the presentation of PowerPoint demonstrative evidence and/or argument visual/auditory aids, monitors, and the necessary space to accommodate such demonstrative presentations.

3. Counsel are informed and believe that the aforementioned audio-visual equipment which may be sufficient to address the parties' demonstrative needs is contained in Courtroom 1.

4. Therefore, in light of the foregoing, and upon the advice of a clerk of the Court, the parties stipulate to and jointly and respectfully request that the trial of this matter be assigned and/or transferred to a courtroom with the aforementioned technical capabilities to support the needs of the parties' counsel in making their respective cases via demonstrative evidence and argument as specified herein above – *e.g.*, the aforementioned Courtroom 1. Thus, the parties stipulate and jointly and respectfully request that the Court reserve, for the duration of the trial of the above entitled matter, the aforementioned audio-visual-equipped courtroom (Courtroom 1).

5. The parties further stipulate and respectfully request leave of Court to bring the necessary technological components for the aforementioned demonstrative presentations, including laptops computers, back-up projector(s) and screen(s), and/or comparable/related audio-visual technology.

1     6. It is further agreed that this Stipulation may be signed in counterpart and that a facsimile or electronic signature will be as valid as an original signature.

**IT IS SO STIPULATED**.

Dated: October 7, 2009            **MANNING & MARDER**
                                              **KASS, ELLROD, RAMIREZ**

By:      /s/                      
        Mildred K. O'Linn
Attorneys for Defendant,
TASER INTERNATIONAL, INC.

Dated: October 7, 2009            **THE LAW OFFICES OF JOHN BURTON**

By:      /s/                      
        John Burton
Attorneys for Plaintiffs,
EVELYN ROSA and ROBERT ROSA,
individually and as the personal
representatives of MICHAEL ROBERT
ROSA, deceased.

Dated: October 7, 2009            **WILLIAMSON & KRAUSS**

By:      /s/                      
        Peter M. Williamson
Attorneys for Plaintiffs,
EVELYN ROSA and ROBERT ROSA,
individually and as the personal
representatives of MICHAEL ROBERT
ROSA, deceased.

# **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED AS FOLLOWS:

In furtherance of the interests of economy and justice to the parties, the Court hereby assigns the trial of this matter to Courtroom 1, and will make the necessary reservation for the duration of the trial of this matter, in order to accommodate the parties' anticipated needs for audio-visual equipment compatible with computerized display, demonstrative presentation, and related space concerns. Furthermore, the parties are hereby authorized to bring into the Court their laptops, back-up projection and/or display systems, and/or comparable/related audio-visual equipment as necessary to facilitate their demonstrative presentations and displays in the above entitled matter.

**IT IS SO ORDERED**.

DATED: 10/9 , 2009

Honorable Jeremy Fogel
United States District Judge