**E-Filed 10/27/09**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| EVELYN ROSA and ROBERT ROSA, individually and as the personal representatives of MICHAEL ROBERT ROSA, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEASIDE et al.,<br><br>Defendants. | Case Number C 05-03577 JF<br><br>**ORDER[1] (1) DENYING PLAINTIFFS' MOTIONS *IN LIMINE* AND FOR SANCTIONS AND (2) DENYING DEFENDANT'S MOTION TO STRIKE** |

Pursuant to the discussion on the record on October 23, 2009, the Court will deny Plaintiffs' motions *in limine* and for sanctions Defendant Taser International's motion to strike.

**IT IS SO ORDERED.**

DATED: 10/27/09

_____
JEREMY FOGEL
United States District Judge

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 05-03577 JF
ORDER (1) DENYING PLAINTIFFS' MOTIONS *IN LIMINE* AND FOR SANCTIONS AND (2) DENYING DEFENDANT'S MOTION TO STRIKE
(JFLC3)

This Order has been served upon the following persons:

Christina Y. Tsou     ctsou@hurleylaw.com, gforese@hurleylaw.com

Christpher Mark Patti     christopher.patti@ucop.edu

Darrell M. Padgette     darrell.padgette@mendes.com, lidia.gamez@mendes.com

Deborah Ann Mall     mall@ci.monterey.ca.us, moshiri@ci.monterey.ca.us

James Glenn Bohm     jbohm@bmkalaw.com

Jeffrey R. Salberg     jsalberg@bmkalaw.com

John Christopher Burton     jb@johnburtonlaw.com, pw@johnburtonlaw.com, rt@johnburtonlaw.com

John R. Maley     jmaley@btlaw.com

Kathleen M. Anderson     kanderson@btlaw.com

Lee A. Wood     lwood@bmkalaw.com

M. Christine Davi     davi@ci.monterey.ca.us

Mildred Katherine O'Linn     mko@mmker.com, fsp@mmker.com

Peter M. Williamson     pmw@williamson-krauss.com, tbk@williamson-krauss.com

Peter Thomas Kirchen     pkirchen@kernwooley.com

Susan K. Blitch     sblitch@hurleylaw.com

Thomas E. Francis     tfrancis@bmkalaw.com, ksmith@leeawoodlaw.com, rnassar@leeawoodlaw.com

Thomas Vincent Perea     tperea@bmkalaw.com

Traci A. Kirkbride     kirkbrideta@co.monterey.ca.us, guillenle@co.monterey.ca.us

Vincent P. Hurley     vphurley@hurleylaw.com, gforese@hurleylaw.com