**E-Filed 11/20/09**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| EVELYN ROSA and ROBERT ROSA, individually and as the personal representatives of MICHAEL ROBERT ROSA, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEASIDE et al.,<br><br>Defendants. | Case Number C 05-03577 JF<br><br>**JUDGMENT**[1]<br><br>Re Docket No. 211 |

Defendant Taser's motion for summary judgment was heard on November 13, 2009. The evidence and arguments having been considered and a decision having been rendered,

IT IS ORDERED AND ADJUDGED that judgment be entered for Defendant and against Plaintiffs.

**IT IS SO ORDERED.**

DATED: 11/20/09

_____
JEREMY FOGEL
United States District Judge

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 05-03577 JF
JUDGMENT
(JFLC3)