**E-Filed 12/17/09**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| EVELYN ROSA and ROBERT ROSA, individually and as the personal representatives of MICHAEL ROBERT ROSA, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEASIDE et al.,<br><br>Defendants. | Case Number C 05-03577 JF<br><br>**ORDER[1] GRANTING PLAINTIFFS' APPLICATION TO STAY** |

GOOD CAUSE appearing, Plaintiffs' application to stay the taxing of costs until the Court issues its ruling on Plaintiffs' pending motion to preclude Defendant TASER from recovering such costs will be granted.

**IT IS SO ORDERED.**

DATED: 12/17/09

_____
JEREMY FOGEL
United States District Judge

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 05-03577 JF
ORDER GRANTING PLAINTIFFS' APPLICATION TO STAY
(JFLC3)