**E-Filed 12/18/09**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| EVELYN ROSA and ROBERT ROSA, individually and as the personal representatives of MICHAEL ROBERT ROSA, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEASIDE et al.,<br><br>Defendants. | Case Number C 05-03577 JF<br><br>**ORDER[1] RE ORDER ISSUED NOVEMBER 20, 2009** |

On November 20, 2009, the Court issued an Order Granting Defendant's Motion for Summary Judgment. That Order is designated for publication as amended in the attached Order Granting Defendant's Motion for Summary Judgment, dated December 17, 2009.

**IT IS SO ORDERED.**

DATED: 12/18/09

_____
JEREMY FOGEL
United States District Judge

---

[1] This disposition is not designated for publication in the official reports.