**E-Filed 3/2/10**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| EVELYN ROSA and ROBERT ROSA, individually and as the personal representatives of MICHAEL ROBERT ROSA, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEASIDE et al.,<br><br>Defendants. | Case Number C 05-03577 JF<br><br>ORDER[1] LIFTING STAY OF IMPOSITION OF COSTS |

On February 16, 2010, the Court denied Plaintiffs' motion to preclude TASER International, Inc. ("TASER") from recovering its bill of costs, but stayed the imposition of costs on the condition that Plaintiffs provide either a bond or some other form of security. As Plaintiffs have failed to post any such security, the stay will be lifted.

**IT IS SO ORDERED.**

DATED: 3/2/10

_____
JEREMY FOGEL
United States District Judge

---

[1] This disposition is not designated for publication in the official reports.