**United States District Court**
For the Northern District of California

\*\*E-Filed 11/7/2012\*\*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| EVELYN ROSA, individually, and as the personal representative of Michael Robert Rosa, deceased, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEASIDE, et al.,<br><br>Defendants. | Case No. 5:05-cv-03577-JF (HRL)<br><br>ORDER REFERRING MOTION FOR DETERMINATION BY MAGISTRATE JUDGE HOWARD R. LLOYD |

The motion to assess costs and to require the posting of a bond, Docket Entry 287, is hereby referred to Magistrate Judge Howard R. Lloyd for determination.

IT IS SO ORDERED.

DATED: 11/5/201

_____
JEREMY FOGEL
United States District Judge